UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., ET AL., <br><br> PLAINTIFFS <br> vs. <br><br> OFFICE OF SPECIAL COUNSEL, <br><br> DEFENDANT | Civil Action No. 1:17-cv-2098 |

## AFFIDAVIT OF SERVICE

I, Gunita Singh, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW Washington, DC 20006.

3. I hand-delivered a copy of the summons, magistrate consent forms, and Complaint in the above-captioned case to Desiree Brown, an agent designated to receive service of process on behalf of the United States Attorney General. I personally served the agent at approximately 3:31 p.m. on October 16, 2017 at 950 Pennsylvania Ave., NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-16-17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., ET AL., )
)
) Civil Action No. 1:17-cv-2098
PLAINTIFFS )
vs. )
)
OFFICE OF SPECIAL COUNSEL, )
)
DEFENDANT )

**AFFIDAVIT OF SERVICE**

I, Gunita Singh, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW Washington, DC 20006.

3. I hand-delivered a copy of the summons, magistrate consent forms, and Complaint in the above-captioned case to Joseph Finnigan, an agent designated to receive service of process on behalf of the United States Attorney's Office for the District of Columbia. I personally served the agent at approximately 3:03 p.m. on October 16, 2017 at 501 3rd St., NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-16-17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., ET AL.,<br><br>PLAINTIFFS<br>vs.<br><br>OFFICE OF SPECIAL COUNSEL,<br><br>DEFENDANT | Civil Action No. 1:17-cv-2098 |

## AFFIDAVIT OF SERVICE

I, Gunita Singh, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW Washington, DC 20006.

3. I hand-delivered a copy of the summons, magistrate consent forms, and Complaint in the above-captioned case to Amy Beckett, an agent designated to receive service of process on behalf of the Office of Special Counsel. I personally served the agent at approximately 2:37 p.m. on October 16, 2017 at 1730 M St., NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-16-17