UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
PROPERTY of the PEOPLE, INC., *et al.,*      )
                                            )
    Plaintiffs,                             )
                                            )
    v.                                      )  Civil Action No.: 17-cv-02098 (CRC)
                                            )
U.S. OFFICE OF SPECIAL COUNSEL,              )
                                            )
    Defendant.                              )
_____ )

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's January 30, 2018 Minute Order.

## BACKGROUND

Plaintiffs Property of the People, Inc., and Ryan Noah Shapiro, filed this Freedom of Information Act ("FOIA") suit on October 10, 2017, in connection with three FOIA requests submitted to defendant the U.S. Office of Special Counsel ("OSC"). On January 30, 2018, this Court entered a Minute Order ordering defendant to make rolling productions of responsive records by the last business day of each month. In the Minute Order, the Court further ordered the parties to file a status report on the last business day of every other month, commencing March 30, 2018 through May 31, 2019, updating the Court on the status of production.

## CURRENT STATUS

During the months of October and November the OSC processed a total of 891 pages.

In October, the OSC made one interim production on October 31, 2018. The OSC processed a total of 400 pages of records in October, of which 354 were responsive. Of those 354, OSC released 15 pages in full, released 150 pages in part, withheld 69 pages in full, and referred 120 pages to other agencies for processing.

In November, the OSC made one interim production on November 27, 2018. The OSC processed a total of 491 pages of records in November, of which 429 pages were responsive. Of those 429, OSC released 16 pages in full, released 165 pages in part, withheld 194 pages in full, and referred 54 pages to other agencies for processing.

Consistent with the January 30, 2018 Minute Order, the parties will file another joint status report no later than January 31, 2019.

Dated: November 30, 2018                                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
Civil Division

 /s/ Peter M. Bryce_____
PETER M. BRYCE
(IL Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov
Attorney for Defendant


 /s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Plaintiffs*