UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PROPERTY of the PEOPLE, INC., *et al.*, )
                                    )
    Plaintiffs,                     )
                                    )
    v.                              )   Civil Action No.: 17-cv-02098 (CRC)
                                    )
U.S. OFFICE OF SPECIAL COUNSEL,     )
                                    )
    Defendant.                      )
_____ )

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's February 1, 2019 Minute Order.

1. On December 27, 2018, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice and Defendant the United States Office of Special Counsel (OSC).

2. On January 28, 2019, Defendant notified the Court that as of January 25, 2019, funding was restored through February 15, 2019, and that the Department of Justice has now resumed its usual civil litigation functions (the "Notice"). Defendant further advised that it intended to meet and confer with Plaintiffs' counsel for the purpose of submitting to the Court by February 1, 2019, a proposed schedule that takes into account the duration of the lapse in appropriations. After Defendant filed the Notice, the parties met and conferred, and agreed that the Court should extend the prior schedule for submitting status

      reports by approximately 30 days, so that the parties will file status reports on or before February 28, April 30, and June 28, 2019, updating the Court on the status of production.

3. Accordingly, the parties respectfully ask the Court to enter a schedule consistent with their agreement.

4. A proposed order is attached.

Dated: February 1, 2019                     Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
Civil Division

 /s/ Peter M. Bryce_____
PETER M. BRYCE
(IL Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov
Attorney for Defendant


 /s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Plaintiffs*