UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY of the PEOPLE, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. OFFICE OF SPECIAL COUNSEL, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 17-cv-02098 (CRC) |

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's minute orders of January 30, 2018 and February 1, 2019.

### BACKGROUND

Plaintiffs Property of the People, Inc., and Ryan Noah Shapiro, filed this Freedom of Information Act ("FOIA") suit on October 10, 2017, in connection with three FOIA requests submitted to defendant the U.S. Office of Special Counsel ("OSC"). On January 30, 2018, this Court entered a Minute Order ordering defendant to make rolling productions of responsive records by the last business day of each month. In the Minute Order, the Court further ordered the parties to file a status report on the last business day of every other month, commencing March 30, 2018 through May 31, 2019, updating the Court on the status of production. The last such status report was submitted November 30, 2018.

Thereafter, the lapse of appropriations that began at the end of the day on December 21, 2018, interrupted further processing and production. On December 27, 2018, this Court granted Defendant's motion for a stay of proceedings commensurate with the duration of the lapse of

appropriations. After funding was restored, on February 1, 2019, the Court granted the parties' request to extend the prior schedule by approximately 30 days, requiring them to submit further status reports on or before February 28, April 30, and June 28, 2019.

## CURRENT STATUS

During the months of December, January and February the OSC processed a total of 1928 pages.

As noted above, processing and production was interrupted in December and January, as a result of the lapse in appropriations. The OSC was prohibited from working on the requests from December 22, 2018, until after funding was restored as of January 25, 2019. However, prior to and after that time period, the OSC worked and made significant progress on the processing of plaintiff's requests.

As a result of a push to complete processing, in February, the OSC made one final production on February 26, 2019. The OSC processed a total of 1928 pages of records, of which 1718 were responsive and non-duplicative. Of those 1718, OSC released 115 pages in full, released 564 pages in part, withheld 637 pages in full, and referred 402 pages to other agencies for processing.

The OSC has now completed processing on the three requests at issue in this litigation. The parties intend to meet and confer so that they may advise the Court whether further proceedings are necessary and, if so, to propose a schedule for any such proceedings.

Consistent with the February 1, 2019 Minute Order, the parties will file another joint status report no later than April 30, 2019.

Dated: February 28, 2019                Respectfully submitted,


                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director, Federal Programs Branch
                                        Civil Division

                                         /s/ Peter M. Bryce_____
                                        PETER M. BRYCE
                                        (IL Bar No. 6244216)
                                        Senior Counsel
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883, Room 7138
                                        Washington, D.C. 20530
                                        Tel: (202) 616-8335
                                        Fax: (202) 616-8470
                                        E-mail: peter.bryce@usdoj.gov
                                        Attorney for Defendant


                                         /s/ Jeffrey Light_____
                                        Jeffrey L. Light
                                        D.C. Bar #485360
                                        1712 Eye St., NW
                                        Suite 915
                                        Washington, DC 20006
                                        (202)277-6213
                                        Jeffrey@LawOfficeOfJeffreyLight.com
                                        *Counsel for Plaintiffs*